



# MEMORANDUM OPINION

No. 04-10-00625-CV

**IN THE INTEREST OF L.M.G.**, et al., Children,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00898
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  November 24, 2010

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was originally due on September 7, 2010.  On October 22, 2010, this court ordered appellant to provide written proof that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.  Our order informed appellant that failure to provide such written proof would result in the dismissal of this appeal.  Appellant did not respond to our order.

Accordingly, this appeal is dismissed for want of prosecution.  TEX. R. APP. P 37.3(b).

PER CURIAM